701sum (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Mona Nichole George – ABOVE MED  
*Debtor*

Bankruptcy Case No.  
16−20069−drd13

**Andrew Jason Doppelt**  
Plaintiff(s)

Adversary Case No.  
16−02017−drd

v.

**Access MD, LLC/ d/b/a Trinity School of Medicine**  
**Southcrest Bank, N.A.**  
**SouthEast Bank, N.A. f/k/a SouthEast Bank & Trust**  
Defendant(s)

### SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 35 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 40 days.

> The Western District of Missouri requires attorneys to file all documents electronically in ECF. To obtain an ECF login, please complete the registration form on the Court's website and mail to the Court. All parties not represented by an attorney can file documents in paper and mail them to: US Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO 64106
>
> ECF Web Site:        http://ecf.mowb.uscourts.gov  
> ECF HELP LINE:     1−800−466−9302

Plaintiff's attorney will receive automatic electronic notice of your answer when it is filed electronically with the court.

| Name, Address, telephone number and email address of Plaintiff's Attorney: | Harry D. Boul<br>One East Broadway St.<br>Suite B<br>Columbia, MO 65203<br><br>573−443−7000<br>hboul@earthlink.net |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Location of Trial** | *Date and Time:* |
|---|---|
| US Courthouse, Courtroom 4B,, 4th Floor, 80 Lafayette Street, Jefferson City, MO 65101 | 10/20/16 at 01:30 PM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



PAIGE WYMORE−WYNN  
Court Executive

By: /s/ Kim McClanahan  
    Deputy Clerk

Date: 8/10/16

(This summons has been reproduced electronically. Questions about its authenticity should be directed to the US Bankruptcy Court, Western District of Missouri, 816–512–1800, Monday through Friday from 9:00 am to 4:30 pm Central Standard Time.)

Case No. 16–02017–drd

**CERTIFICATE OF SERVICE**

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:

☐   Mail Service: Regular, first class United States mail, postage full pre−paid, addressed to:


☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐   Residence Service: By leaving the process with the following adult at:


☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐   Publication: The defendant was served as follows: [Describe briefly]


☐   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]


Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
*Date*                                                                                         *Signature*

Print Name


Business Address


City                                                        State                                        Zip