Case No. 16-02017-drd

# CERTIFICATE OF SERVICE

I, _Harry D. Boul_ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _August 15, 2016_ by:

[X] Mail Service: Regular, first class United States mail, postage full pre-paid, addressed to:
_Student Loan Finance Corporation_
_124 South First Street_
_Aberdeen, South Dakota 57401-4107_

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_8-17-16_     _/s/ Harry D. Boul_
Date                                                                                           Signature

Print Name: _Harry D. Boul_

Business Address: _1 East Broadway, Ste. B_

City: _Columbia_   State: _MO_   Zip: _65203_