Case No. 16−02017−drd

## CERTIFICATE OF SERVICE

I, _Harry D. Bowl_, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _August 15, 2016_ by:

☐ Mail Service: Regular, first class United States mail, postage full pre−paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: _Brian D. Schmidt, CEO and President, SouthCrest Bank, N.A., 105 St. Stephens Court, Ste. A, Tyrone, GA 30290_

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 8-17-16

Signature: [signed]

Print Name: Harry D. Bowl

Business Address: 1 East Broadway, Ste. B

City: Columbia   State: MO   Zip: 65203