Case No. 16−02017−drd

## CERTIFICATE OF SERVICE

I, _Harry D. Boul_ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _August 15, 2016_ by:

☐ Mail Service: Regular, first class United States mail, postage full pre−paid, addressed to:


☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
_President + CEO   SouthEast Bank, N.A._
_12700 Kingston Pike 37934_
_Farragut, TN_

☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]


Under penalty of perjury, I declare that the foregoing is true and correct.

_8-17-16_
Date

_[signature]_
Signature

Print Name

_Harry D. Boul_

Business Address

_1 East Broadway, Ste. B_

| City | State | Zip |
|------|-------|-----|
| _Columbia_ | _MO_ | _65203_ |