# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re<br><br>Andrew Jason Doppelt<br><br>Debtor. | Bankruptcy Case No.: 16-20669-drd7 |
| Andrew Jason Doppelt,<br><br>Plaintiff,<br><br>- against -<br><br>Access MD, LLC d/b/a Trinity School of Medicine, Southcrest Bank, N.A., SouthEast Bank, N.A. f/k/a SouthEast Bank & Trust,<br><br>Defendants. | Adversary No. 16-02017-drd |

## ORDER

This matter came before the Court on the Agreed Upon Motion to Intervene and Substitute Parties filed by ReliaMax Surety Company.

The Court, being duly advised on the premises, upon all the files, records and proceedings herein and for the reasons set forth on the record, now makes and enters the following Order:

**IT IS HEREBY ORDERED:**

The Court hereby **GRANTS** the Agreed Upon Motion to Intervene and Substitute Parties and enters the following relief:

1. ReliaMax Surety Company shall be allowed to intervene and shall be substituted as a defendant for Southcrest Bank, N.A. and SouthEast Bank, N.A. f/k/a SouthEast Bank & Trust;

2.     Southcrest Bank, N.A. and SouthEast Bank, N.A. f/k/a SouthEast Bank & Trust, are hereby **DISMISSED, WITHOUT PREJUDICE**, from this adversary proceeding;

3.     All subsequent pleadings shall be captioned with the following defendants: Access MD, LLC d/b/a Trinity School of Medicine and ReliaMax Surety Company Services; and

4.     The answer of defendant ReliaMax Surety Company to Plaintiff's Complaint is due ten (10) days from the date of this Order.

**SO ORDERED.**

Dated:  September 12, 2016

        /s/ Dennis R. Dow
Honorable Dennis R. Dow
United States Bankruptcy Judge

42114158