# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| **ANDREW JASON DOPPELT,** | ) |
| | ) **Chapter 7** |
| Debtor. | ) **Case No. 16-20669-drd7** |
| | ) |
| **ANDREW JASON DOPPELT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **Adversary Proceeding No. 16-02017-drd** |
| **ACCESS MD, LLC, d/b/a TRINITY SCHOOL OF MEDICINE, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL PLEADINGS, NOTICES AND ORDERS

COME NOW Thomas H. Riske and the law firm of Desai Eggmann Mason LLC and hereby enter their appearance for Defendant ACCESS MD, LLC in the above-captioned case.

Respectfully submitted,

DESAI EGGMANN MASON LLC

By: /s/ *Thomas H. Riske*
THOMAS H. RISKE (#61838MO)
7733 Forsyth Boulevard, Suite 800
St. Louis, Missouri 63105
(314) 881-0800
Fax No. (314) 881-0820
triske@demlawllc.com

COUNSEL FOR ACCESS MD, LLC

16564240v3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 13th day of September, 2016, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Western District of Missouri which will send notification of such filing to the following registered parties in interest:

Harry D. Boul for Plaintiff Andrew J. Doppelt, hboul@earthlink.net

John C. Ekman for Defendant ReliaMax Surety Co., jekman@foxrothschild.com

Jill D. Olsen for Defendant ReliaMax Surety Co., jill@olsenlawkc.com

*/s/ Thomas H. Riske*