IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **ANDREW JASON DOPPELT,** ) | |
| ) | **Chapter 7** |
| Debtor. ) | **Case No. 16-20669-drd7** |
| ) | |
| ) | |
| **ANDREW JASON DOPPELT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Adversary Proceeding No. 16-02017-drd |
| **ACCESS MD, LLC, d/b/a** ) | |
| **TRINITY SCHOOL OF MEDICINE, et** ) | |
| **al.,** ) | |
| ) | |
| Defendants. | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LR 2090(C) of the United States Bankruptcy Court for the Western District of Missouri, and Rule 83.5(l) of the local rules of the United States District Court for the Western District of Missouri, I, Stephen C. Greenberg, move to be admitted pro hac vice to the bar of this Court for the purpose of representing Defendant ACCESS MD, LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 2090(C).

a.  *Full name of the movant-attorney;*
    **Stephen C. Greenberg**

b.  *Address and telephone number of the movant-attorney;*
    **1600 Parkwood Circle, Suite 400**
    **Atlanta, Georgia 30339**
    **(678)336-7265**

c.  *Name of the firm or letterhead under which the movant practices;*
    **Taylor English Duma LLP**

d.  *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*
    **University of Virginia School of Law (1978)**

e.  *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*
    **Georgia - November 7, 1986 - Bar No. 307740**
    **District of Columbia - October 20, 1980 - Bar No. 322628**

{00807014.DOCX / }

**Virginia - October 3, 1978 - Bar No. 18283**

f. *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;*
**The movant is a member in good standing of all bars of which movant is a member and is not under suspension or disbarment from any bar.**

g. *Statement that movant does not reside in the Western District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*
**Movant does not reside in the Western District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.**

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated this 13th day of September, 2016.

Signature of Applicant

*/s/ Stephen C. Greenberg*
Stephen C. Greenberg
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
678-336-7265
sgreenberg@taylorenglish.com

Respectfully submitted,

*/s/ Thomas H. Riske*
Thomas H. Riske, Bar #61838MO
DESAI EGGMANN MASON LLC
7733 Forsyth Boulevard, Suite 800
St. Louis, MO  63105
314-881-0800 (Telephone)
314-881-0820 (Fax)
triske@demlawllc.com
*Counsel for Defendant*
*ACCESS MD, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 13th day of September, 2016, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Western District of Missouri which will send notification of such filing to the following registered parties in interest:

Harry D. Boul for Plaintiff Andrew J. Doppelt, hboul@earthlink.net

John C. Ekman for Defendant ReliaMax Surety Co., jekman@foxrothschild.com

Jill D. Olsen for Defendant ReliaMax Surety Co., jill@olsenlawkc.com

*/s/ Thomas H. Riske*