# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| **ANDREW JASON DOPPELT,** | ) |
| | ) **Chapter 7** |
| Debtor. | ) **Case No. 16-20669-drd7** |
| | ) |
| **ANDREW JASON DOPPELT,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **Adversary Proceeding No. 16-02017-drd** |
| **ACCESS MD, LLC, d/b/a TRINITY SCHOOL OF MEDICINE, et al.,** | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the Order of the Court Granting the Motion of Stephen C. Greenberg to Appear Pro Hac Vice dated September 14, 2016, (Docket No. 20) was served via the United States Mail, postage prepaid, this 14th day of September, 2016, to the following individuals who were not served by ECF electronic noticing:

John C. Ekman
Campbell Mithun Tower, Suite 2000
222 South Ninth Street
Minneapolis, MN 55402

Respectfully submitted,

DESAI EGGMANN MASON LLC

By: /s/ Thomas H. Riske
THOMAS H. RISKE (#61838MO)
7733 Forsyth Boulevard, Suite 800
St. Louis, Missouri 63105
(314) 881-0800
Fax No. (314) 881-0820
triske@demlawllc.com
COUNSEL FOR ACCESS MD, LLC