# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ANDREW JASON DOPPELT, ) | Case No. 16-20669 drd7 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| Andrew Jason Doppelt, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding No. 16-02017 |
| vs. ) | |
| ) | |
| Access MD, LLC, d/b/a ) | |
| Trinity School of Medicine, ) | |
| ) | |
| and ) | |
| ) | |
| ReliaMax Surety Company, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE OF
## PLAINTIFF'S INTERROGATORIES DIRECTED TO
## DEFENDANT ACCESS MD, LLC

The undersigned certifies that a true copy of Plaintiff's Interrogatories Directed to

Defendant Access MD, LLC was served by e-mail, by consent of Defendant's counsel, on Thomas

H. Riske, Esq., Desai Eggman Mason LLC, triske@demlawllc.com and Stephen C. Greenberg,

Esq. sgreenberg@taylorenglish.com on this 15th day of September 2016.

Dated: September 15, 2016                                   /s/   Harry D. Boul