# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| ANDREW JASON DOPPELT, | ) | Case No. 16-20669 drd7 |
| Debtor. | ) | |
| _____ | ) | |
| Andrew Jason Doppelt, | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 16-02017 |
| vs. | ) | |
| Access MD, LLC, d/b/a Trinity School of Medicine, | ) | |
| and | ) | |
| ReliaMax Surety Company, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE OF
## PLAINTIFF'S INTERROGATORIES DIRECTED TO
## DEFENDANT RELIAMAX SURETY COMPANY

The undersigned certifies that a true copy of Plaintiff's Interrogatories Directed to Defendant ReliaMax Surety Company was served by e-mail, by consent of Defendant's counsel, on John C. Eckman, Esq., jeckman@foxrothschild.com and Jill D. Olsen, Esq., jill@olsenlawkc.com on this 15th day of September 2016.

Dated: September 15, 2016                         /s/   Harry D. Boul