# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ANDREW JASON DOPPELT, | ) | Case No. 16-20669 drd7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Andrew Jason Doppelt, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 16-02017-drd |
| vs. | ) | |
| | ) | |
| Access MD, LLC, d/b/a | ) | |
| Trinity School of Medicine, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ReliaMax Surety Company, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS ACCESS MD, LLC AS A PARTY

COMES NOW the plaintiff, Andrew Jason Doppelt, by and through counsel, and in support of this motion, states:

1. Defendant Access MD, LLC d/b/a Trinity School of Medicine was named as a defendant creditor based on the fact that some student loans to Plaintiff were made by Trinity Medical School.

2. Defendant Access MD, LLC has filed an answer advising that all of Plaintiff's student loans that were owed to Trinity School of Medicine have been paid off by other lenders, and further that no debts are owed by Plaintiff to Access MD, LLC or Trinity School of Medicine.

3. It therefore appears that said defendant Access MD, LLC has no interest in, and should no longer be, a party to, this case.

4. The Court has previously entered an Order substituting ReliaMax Surety Company as a defendant for SouthCrest Bank, N.S. and SouthEast Bank, N.A.

WHEREFORE, Plaintiff prays that this Court enter an Order dismissing Access MD LLC as a party to this case, and directing that all subsequent pleadings shall be captioned with ReliaMax Surety Company as the sole defendant.

Dated: September 23, 2016                                    BOUL & ASSOCIATES, P.C.

                                                             /s/    Harry D. Boul
Harry D. Boul, MoBar #23181
Shelley L. Forrest, MoBar #46455
One E. Broadway, Ste. B
Columbia, MO   65203
Phone:   573-443-7000
hboul@earthlink.net

ATTORNEYS FOR PLAINTIFF
ANDREW JASON DOPPELT