**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ANDREW JASON DOPPELT, | ) | Case No. 16-20669 drd7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Andrew Jason Doppelt, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 16-02017 |
| vs. | ) | |
| | ) | |
| Access MD, LLC, d/b/a | ) | |
| Trinity School of Medicine, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ReliaMax Surety Company, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the Court's Order Granting Plaintiff's Motion to Dismiss Defendant Access MD, LLC, d/b/a Trinity School of Medicine was served upon the following parties by first-class U.S. prepaid mail on this 26th day of September 2016.

Dated: September 26, 2016                             /s/   Harry D. Boul

1