# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANDREW JASON DOPPELT, ) | Case No. 16-20669-drd7 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| Andrew Jason Doppelt, ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 16-02017-drd |
| vs. ) | |
| ) | |
| ReliaMax Surety Co. ) | |
| ) | |
| Defendant. ) | |

## FEE APPLICATION BY DEBTOR=S COUNSEL
## FOR THE PERIOD AUGUST 5, 2016 TO FEBRUARY 15, 2017

COMES NOW Harry D. Boul, on behalf of the law firm, Boul & Associates, P.C., and in support of this Fee Application, states to the Court:

1. This law firm has not filed a previous fee application in this case.

2. Plaintiff=s counsel, Debtor in the above-referenced lead bankruptcy case, has rendered services to the plaintiff/debtor in connection with this adversary proceeding from August 5, 2016 through February 15, 2017.

3. The fee requested herein includes 39.9 hours of services rendered by Attorney Harry Boul at the contractually agreed rate of $300.00 per hour, for a total of $11,970.00.

4. Counsel's detailed itemized time records are being submitted separately to the Court and the United States Trustee, and are available upon request to other interested parties.

5. The time records submitted in connection with this application are based upon

contemporaneous time records, which counsel believes to contain the information required by Local Rule 2016-1(B).

WHEREFORE, the undersigned makes application to this Honorable Court for an allowance of fees chargeable to the plaintiff/debtor herein in the amount of $11,970.00.

Dated: February 23, 2017                                          BOUL & ASSOCIATES, P.C.

                                                                         By    /s/ Harry D. Boul
Harry D. Boul, MoBar# 23181
Shelley L. Forrest, MoBar# 46455
One East Broadway, Ste. B
Columbia, MO 65203
Phone: (573) 443-7000
Fax: (573) 449-6554
hboul@earthlink.net

ATTORNEYS FOR PLAINTIFF
ANDREW JASON DOPPELT


## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing fee application, and all attachments thereto, were electronically served upon all persons required by Local Rule 2016-1 to be served concurrently with the filing hereof.

February 23, 2017                                          /s/    Harry D. Boul
                                                                                 Harry D. Boul