# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ANDREW JASON DOPPELT, | ) | Case No. 16-20669 drd7 |
| | ) | |
| Debtor. | ) | |
| ──────────────────────── | ) | |
| | ) | |
| Andrew Jason Doppelt, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 16-02017 |
| vs. | ) | |
| | ) | |
| Access MD, LLC, d/b/a | ) | |
| Trinity School of Medicine, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ReliaMax Surety Company, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the Application for Compensation and Attorney Time Entries were served upon the following parties by first-class U.S. prepaid mail on this 23rd day of February, 2017.

Dated: February 23, 2017                                         /s/    Harry D. Boul

Andrew J Doppelt
1640 Deer Run
Fulton MO 65251

1