7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Andrew Jason Doppelt  
*Debtor*

*Bankruptcy Case No.*  
16–20669–drd7

**Andrew Jason Doppelt**  
    Plaintiff(s)

*Adversary Case No.*  
16–02017–drd

v.

**ReliaMax Surety Co.**  
**ReliaMax Surety Co.**  
    Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Mr. Doppelts obligations to ReliaMax under said payment plan are deemed nondischargeable under 11 U.S.C. § 523(a)(8), and that all his other obligations to ReliaMax are deemed discharged in his current bankruptcy proceeding. ReliaMax is entitled to judgment against Doppelt in the amount of $231,480.00, subject to Paragraph 1(c) of the parties Settlement Agreement.

PAIGE WYMORE–WYNN  
Court Executive

By: /s/ Kim McClanahan  
    Deputy Clerk



Date of issuance: 3/1/17

Court to serve